In the Matter of WALDTRAUT E. SCHILKE, Respondent, against TEACHERS' RETIREMENT BOARD, Appellant.— Order affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Breitel, J., dissents and votes to reverse and dismiss the petition upon the ground that there are neither allegations of fact, as distinguished from conclusions nor other evidence that the board's action was arbitrary or capricious. On the contrary, the board's action was amply supported, if not indeed, required by the findings of the medical board.

■

In the Matter of the Arbitration between SLATTERY CONTRACTING CO., INC., Respondent, and NEW YORK UNIVERSITY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 814.]

■

In the Matter of ETHEL B. HOYT, Appellant-Respondent, against HAROLD W. HOYT, Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of RAY KRUCKEL, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

FAY A. LEWIS, Respondent, v. JOSEPH LEWIS, Appellant.— Order modified by reducing the counsel fee to $2,500 and, as so modified, affirmed. The amount allowed is excessive. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Van Voorhis and Breitel, JJ., dissent and vote to deny the motion for counsel fee on the grounds (1) that plaintiff does not need a counsel fee in order to prosecute the action, in view of the fact that defendant has already established a trust fund of $300,000 for her benefit, and plaintiff possesses other assets in addition, and (2) that she has not shown sufficient probability of success. [See *post*, p. 882.]